CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rocky Mountain Clean Air Action, et al. )
)
)
)                    Plaintiff    )
vs                                )   Civil Action No. _____
)
Stephen L. Johnson                )
)
)
)                    Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Rocky Mountain Clean Air Action__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

__MD14062__
BAR IDENTIFICATION NO.

__Robert Ukeiley__
Print Name

__433 Chestnut Street__
Address

__Berea, KY  40403__
City         State         Zip Code

__859-986-5402__
Phone Number