**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROCKY MOUNTAIN CLEAN AIR ACTION, :
*et al.*, :
                                         :
       Plaintiffs,              :
                                         :
    v.                                   : Civil Action No. 06-1992 (JR)
                                         :
STEPHEN L. JOHNSON,              :
Administrator, United States     :
Environmental Protection Agency, :
                                         :
       Defendant.              :

**<u>ORDER</u>**

       Counsel are directed to meet and confer pursuant to LCvR 16.3 and, if possible, to present an agreed scheduling order within 30 days of the date of this order. If agreement cannot be achieved, an initial scheduling conference will be held, in Chambers, on **March 13, 2007, at 4:30 p.m.** It is **SO ORDERED.**


                                            JAMES ROBERTSON
                               United States District Judge