IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROCKY MOUNTAIN CLEAN AIR            )
ACTION, *et al.*,                   )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  ) Civ. No. 1:06CV01992
                                    )
STEPHEN L. JOHNSON, in his official )
capacity as Administrator, United   )
States Environmental Protection Agency, )
                                    )
        Defendant.                  )
_____)

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Plaintiffs hereby notify the Court and the parties of the change of address and fax number for the law firm of the Plaintiffs' counsel, Robert Ukeiley. The telephone and e-mail remain the same. The new information is:

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Fax: (866) 618-1017

                    Respectfully submitted,

                    _____
                    Robert Ukeiley
                    (MD14062)
                    Law Office of Robert Ukeiley
                    435R Chestnut Street
                    Suite 1
                    Berea, KY 40403
                    Tel: (859) 986-5402
                    Fax: (866) 618-1017
                    e-mail: rukeiley@igc.org

                    Counsel for Plaintiffs

Dated: Feb. 13, 2007