UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States<br>Environmental Protection Agency,<br><br>        Defendant. | Civil Action No. 06-1992 (JR) |

**PLAINTIFFS' UNOPPOSED MOTION TO ATTEND SCHEDULING CONFERENCE BY TELEPHONE**

By Order dated February 8, 2007, the Court has instructed the parties to confer to develop and submit an agreed schedule, and if the parties cannot reach agreement, to appear in Chambers for an initial scheduling conference at 4:30 pm on March 13, 2007. Plaintiffs' respectfully request that undersigned counsel be allowed to attend the conference, if necessary, by telephone because personal appearance would require travel from Kentucky to the District of Columbia.

Counsel for Defendant has indicated that Defendant does not oppose conducting the conference by telephone.

Therefore, for the reasons stated above, Plaintiffs request that undersigned counsel be permitted to attend the March 13, 2007, conference by telephone.

Respectfully submitted,

\_\_\_\_/s_____

2

                    Robert Ukeiley (MD14062)

                    Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
E-mail: rukeiley@igc.org

Counsel for Plaintiffs

DATED:  February 14, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States<br>Environmental Protection Agency,<br><br>Defendant. | )<br>)<br>) Civil Action No. 06-1992 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

Presently before the Court is Plaintiffs' Unopposed Motion to Attend Scheduling Conference by Telephone.  [Doc. #  ]  Having reviewed the Motion, it is hereby **GRANTED**.

_____	The Court will initiate the call for the scheduling conference by telephoning Plaintiffs' Counsel at (859)986-5402.

or

_____	Plaintiffs' Counsel will call in at the following number: _____.

It is **SO ORDERED**.

_____
JAMES ROBERTSON
United States District Judge

Dated: _____ _____, 2007

1