UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, <u>et al</u>., <br><br>       Plaintiffs, <br><br>       v. <br><br>STEPHEN L. JOHNSON, <br>Administrator, United States <br>Environmental Protection <br>Agency <br><br>       Defendant. | Civil Action No. 06-01992 |

JOINT MOTION TO CANCEL STATUS CONFERENCE

The Court has ordered the parties to appear for an initial scheduling conference on March 13, 2007, unless the parties have submitted an agreed-upon scheduling order. The parties have reached an agreement in principle on the terms of a consent decree that would resolve this matter except for the claims for costs of litigation, including attorneys fees. The draft consent decree would provide a schedule for plaintiffs to move for an award of costs of litigation, including attorneys fees, if the parties are unable to settle that issue.

Counsel for defendant are in the process of seeking approval from the necessary officials at the Environmental Protection Agency and the Department of Justice. Approval of the consent decree would obviate the need for any further scheduling. Accordingly, the parties request that

the Court cancel the status conference now scheduled for March 13, 2007.

                                        Respectfully submitted,

FOR PLAINTIFFS         /s/ ROBERT UKEILEY (MD14062)
                                    Law Office of Robert Ukeiley
                                    435R Chestnut Street
                                    Berea, KY 40403
                                    Tel: (859) 986-5402
                                    Fax: (866) 618-1017
                                    E-mail: rukeiley@igc.org

FOR DEFENDANT         MATTHEW K. MCKEON
                                    Acting Assistant Attorney General
                                    Env. & Natural Resources Division

                                    /s/ EILEEN T. MCDONOUGH
                                    United States Department of Justice
                                    Environmental Defense Section
                                    P.O. Box 23986
                                    Washington, D.C. 20026-3986
                                    Phone (202) 514-3126
                                    Fax (202) 514-8865
                                    eileen.mcdonough@usdoj.gov

                                    DATED:     March 2, 2007

Of Counsel for Defendant:

DAVID ORLIN
U.S. Environmental Protection Agency
Office of General Counsel
ARN: MC-2344A
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

ELYANA SUTIN
U.S. Environmental Protection Agency
Office of Regional Counsel
MC: 8RC
1595 Wynkoop St.
Denver, CO 80202-1129
Fax (303) 312-6859

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-01992<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the Joint Motion to Cancel Status Conference, it is hereby ordered that the motion is granted. The status conference currently scheduled for March 13, 2007, will not be held.

SO ORDERED on this ____ day of _____, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

DRAFT ETM 2/9