IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROCKY MOUNTAIN CLEAN AIR )
ACTION, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-01992
)
STEPHEN L. JOHNSON, )
Administrator, United States )
Environmental Protection )
Agency )
)
Defendant. )

## ORDER

Upon consideration of the Joint Motion to Enter Consent Decree, it is hereby ordered that the motion is granted. The Court will sign the Consent Decree submitted by the parties as the judgment of this Court.

SO ORDERED on this 17th day of May, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE