UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-01992<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

WHEREAS, Plaintiffs Rocky Mountain Clean Air Action and Jeremy Nichols filed this action pursuant to section 304(a)(2) of the Clean Air Act ("CAA"), 42 U.S.C. § 7604(a)(2), alleging that Defendant, Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA") failed to perform a duty mandated by CAA section 505(b)(2), 42 § U.S.C. § 7661d, to grant or deny, within 60 days, petitions submitted by Plaintiffs requesting that EPA object to CAA permits issued by the appropriate state agencies to the Public Service Company's Fort Saint Vrain Power Station ("Ft. St. Vrain Station") and the GCC Dacotah cement plant ("GCC Dacotah").

WHEREAS, Plaintiffs and EPA (collectively "the Parties") settled this dispute through a Consent Decree entered by this Court on May 17, 2007.

WHEREAS, because EPA has completed its obligations under Paragraphs 3 and 4 of the Consent Decree, the only remaining issue for the Court to address is Plaintiff's claim for costs of litigation (including attorneys' fees) pursuant to CAA section 304(d), 42 U.S.C. § 7604(a)(2).

WHEREAS, although the Parties' efforts to settle this claim have been unsuccessful, the parties enter this Stipulation to narrow the issues that must be decided by the Court.

NOW THEREFORE, the Parties agree and stipulate as follows:

1. Plaintiffs are entitled to recover costs of litigation, including attorneys' fees, consistent with the standards of CAA section 304(d).

2. Plaintiffs shall recover costs of litigation, <u>excluding</u> attorneys' fees, in the amount of $388.28.

SO AGREED:

FOR PLAINTIFFS

  /s/ ROBERT UKEILEY
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax:: (866) 618-1017
 E-mail: rukeiley@igc.org

FOR DEFENDANT          RONALD J. TENPAS
Acting Assistant Attorney General
Env. & Natural Resources Division

  /s/ EILEEN T. MCDONOUGH
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202) 514-3126
Fax (202) 514-8865
eileen.mcdonough@usdoj.gov

July 5, 2007