IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-01992 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA") requests an enlargement of time in which to file an opposition to plaintiffs' motion for attorneys fees. The opposition is now due on July 24, 2007. EPA requests leave to file the opposition on July 27, 2007, instead. The additional time is necessary because EPA's counsel was ill and so got behind schedule in preparing the brief.

Counsel for plaintiff has consented to this request.

RONALD J. TENPAS
Acting Assistant Attorney General
Env. & Natural Resources Division

/s/ EILEEN T. MCDONOUGH
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202) 514-3126
Fax (202) 514-8865
eileen.mcdonough@usdoj.gov

DATED: July 23, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | Civil Action No. 06-01992 |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency | ) ) ) ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Upon consideration of the consent motion for extension of time filed by Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA"), it is hereby ordered that the motion is granted. EPA shall file its opposition to plaintiffs' motion for attorneys fees no later than July 27, 2007.

Executed this ___ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE