IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency <br><br> Defendant. | Civil Action No. 06-01992 (JR) |

## ORDER

Upon consideration of the consent motion for extension of time filed by Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA"), it is hereby ordered that the motion is granted. EPA shall file its opposition to plaintiffs' motion for attorneys fees no later than July 27, 2007.

Executed this 26th day of July, 2007.

_____
JAMES ROBERTSON
United States District Judge